SHEILA FREED, Respondent, v YOCHAI KAPLA, Appellant.

Submitted November 30, 2015; decided January 12, 2016

Motion for leave to appeal etc. dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RASHAD HUDYIH, Appellant, v JOSEPH T. SMITH, as Superintendent of Shawangunk Correctional Facility, Respondent.

Submitted November 30, 2015; decided January 12, 2016

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 909 (2015)].

LAW OFFICES OF THOMAS F. LIOTTI et al., Appellants, v DONALD FELIX et al., Respondents.

Submitted November 16, 2015; decided January 12, 2016

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.